DOOLEY, J., dissenting.
 

 ¶ 28. I do not agree that summary judgment should be awarded to Frank Lamson if we look at the evidence in the light most favorable to Roger Lamson and give him the benefit of all reasonable inferences. In saying this I agree that the case turns on whether Virginia Newman consented to, or ratified, the transaction that provided a new car to Frank using assets of a trust for which Frank was a trustee. The weak link in the train of actions is the withdrawal of the money from the bank that held the trust assets and the placement of the money in a joint account held by Virginia and Frank. As Roger emphasizes, Virginia was deaf and almost blind and did not need a car because she already had one and retained it after the new car was purchased. The precise method of communication is unknown, but the message that Virginia could be contacted through Frank and his cell phone raises a reasonable inference that it was Frank that controlled the direction of the money to his account.